## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 363 WAL 2021

       Respondent                  :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

       v.                         :

CRAIG ANTHONY MOORE,           :

          Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 364 WAL 2021

       Respondent                   :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

       v.                         :

CRAIG ANTHONY MOORE,           :

          Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 19th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.